■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MOHAMED HOSSAIN, Appellant. [881 NYS2d 359]—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on or about March 12, 2008, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Friedman, Nardelli, Buckley and Abdus-Salaam, JJ.